# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN PALISH,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.:   13-cv-4092 |
| | : | |
| **K&K RX SERVICES, L.P., et al.,** | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this 12TH  day of June, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 37), Plaintiff's Response (Doc. No. 39) and Defendants' Reply (Doc. No. 42), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED in Part and DENIED in Part.**

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE